UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| XENOPHON BEAKE II,<br><br>    Plaintiff,<br><br>    v.<br><br>MARITIME ENERGY,<br><br>    Defendant. | Civil Action No. 2:20-cv-00329-LEW |

## STIPULATION OF DISMISSAL

NOW COME, the parties to the above-entitled action, by and through counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal of this action, with prejudice, and without costs or attorney's fees to any party.   It is further requested that the Court retain jurisdiction relative to enforcement of the settlement agreement entered into between the parties.

Dated at Portland, Maine this 7th day of April 2021

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for the Plaintiff

Maine Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
(207) 874-0905
Chad@EmployeeRightsLaw.Attorney


/s/ Laura Rideout
Laura Rideout, Esq.
Preti Flaherty
P.O. Box 9546
Portland, ME 04112
Tel. (207) 791-3000
LRideout@Preti.com

1

CERTIFICATE OF SERVICE

    I certify that I served the foregoing document upon all counsel via the Court's ECF system.

Date: April 7, 2021                /s/ Chad T. Hansen
                                            Chad T. Hansen